# IN THE SUPREME COURT OF THE STATE OF NEVADA

ADRIAN MCKNIGHT,
                        Appellant,
                vs.
THE STATE OF NEVADA,
                        Respondent.

No. 72767

FILED

JUN 1 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "motion to withdraw counsel." Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:  Hon. Kathleen E. Delaney, District Judge
     Adrian McKnight
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk
     Thomas A. Ericsson, Esq.

SUPREME COURT
OF
NEVADA

(O) 1947A

17-19295